Timmy TERRON, Plaintiff–Appellant,

v.

Robert KUPEC, Warden; Joseph Colburn, Captain; R.T. Wells, Sergeant; L.R. Vann, Captain; Edwin Turner, Principal; Victor Elbeck, Adj. H.O.; Robert D. Ritchey; Marvin N. Robbins, I.G.O., Defendants–Appellees.

No. 02–6535.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 2, 2002.

Decided Oct. 16, 2002.

Timmy Terron, Appellant Pro Se.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

**80**

PER CURIAM.

Timmy Terron seeks to appeal the district court's order denying reconsideration of the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Terron v. Kupec,* No. CA-01-2155-AMD (D. Md. July 30, 2001 & Jan. 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*